UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. TERRANCE BROWN, Crim. No. 22-564

---

## PETITION FOR
## WRIT OF HABEAS CORPUS

( ✓ ) Ad Prosequendum                ( ) Ad Testificandum

1. TERRANCE BROWN (hereinafter the "Detainee") is now confined at the Essex County Correctional Facility.

2. The Detainee is charged in this District by: () Indictment    (✓) Superseding Information    () Complaint

   > with 21 U.S.C. § 846 (conspiracy to distribute fentanyl, heroin, and cocaine base), and 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (distribution of fentanyl)

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, before the Honorable Susan D. Wigenton, U.S.D.J. on May 28, 2026, at 12:00 p.m. for a sentencing hearing in the above-captioned case.   A Writ of Habeas Corpus should issue for that purpose.

DATED:   May 12, 2026

/s/ Lauren Kober
Lauren Kober
Assistant U.S. Attorney
Petitioner

## O R D E R

Let the Writ Issue.

DATED:  May 12, 2026

Hon. Susan D. Wigenton, U.S.M.J.

## W R I T   O F   H A B E A S   C O R P U S

The United States of America to Warden of the Essex County Correctional Facility:

WE COMMAND YOU that you have the body of

TERRANCE BROWN

now confined at the Essex County Correctional Facility brought before the United States District Court at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, before the Honorable Susan D. Wigenton, U.S.D.J. on May 28, 2026, at 12:00 p.m. for a sentencing hearing in the above-captioned case.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton,
United States District Judge
Newark, New Jersey.

DATED:  May 12, 2026

MELISSA E. RHOADS, ESQ.
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk